|   |   |
|---|---|
| 1 | Aaron K. McClellan - 197185 |
| 2 | amcclellan@mpbf.com<br>Steven W. Yuen - 230768 |
| 3 | syuen@mpbf.com<br>MURPHY, PEARSON, BRADLEY & FEENEY |
| 4 | 88 Kearny Street, 10th Floor<br>San Francisco, CA  94108-5530 |
| 5 | Tel:     (415) 788-1900<br>Fax:    (415) 393-8087 |
| 6 | Attorneys for Plaintiff |
| 7 | SETH ABRAHAMS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SETH ABRAHAMS, | Case No.:  C 12-01006 JCS |
|---|---|
| Plaintiff, | **PLAINTIFF SETH ABRAHAMS' CERTIFICATION OF INTERESTED ENTITIES OR PARTIES** |
| v. | |
| HARD DRIVE PRODUCTIONS, INC., AND DOES 1-50, | |
| Defendants. | |

Plaintiff Seth Abrahams makes the following certification in accordance with Civil L.R. 3-16.

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named party, there is no such interest to report.

DATED: March 6, 2012

MURPHY, PEARSON, BRADLEY & FEENEY

/s/ Steven W. Yuen

By _____
Steven W. Yuen
Attorneys for Plaintiff
SETH ABRAHAMS

SWY.20371468.doc

## CERTIFICATE OF SERVICE

I, Shannon R. Young, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, California 94108-5530.

On March 6, 2012, I served the following document(s) on the parties in the within action:

**PLAINTIFF SETH ABRAHAMS' CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**

|    |    |
|----|----|
|    | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at San Francisco, California on this date, addressed as follows: |
|    | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
|    | **VIA FACSIMILE**: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
|    | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |
| **XX** | **BY ECF**: I attached and submitted the above-described document(s) to the ECF system for filing. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 6, 2012.

By /s/ Shannon R. Young
Shannon R. Young