Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SETH ABRAHAMS, <br><br> Plaintiff, <br> v. <br><br> HARD DRIVE PRODUCTIONS, INC., et al., <br> Defendants. | **No. C-12-01006 JCS** <br><br> **DEFENDANT'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

## DEFENDANT'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), Defendant, by and through its undersigned counsel, hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

///

///

///

Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.


Respectfully Submitted,

PRENDA LAW INC.,

**DATED: March 8, 2012**

By:      /s/  Brett L. Gibbs, Esq.

Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*