Aaron K. McClellan - 197185
amcclellan@mpbf.com
Steven W. Yuen - 230768
syuen@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA  94108-5530
Tel:  (415) 788-1900
Fax:  (415) 393-8087

Attorneys for Plaintiff
SETH ABRAHAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SETH ABRAHAMS,<br><br>    Plaintiff,<br><br>v.<br><br>HARD DRIVE PRODUCTIONS, INC., AND DOES 1-50,<br><br>    Defendants. | Case No.:  C 12-01006 JCS<br><br>**DECLARATION OF STEVEN W. YUEN IN SUPPORT OF PLAINTIFF SETH ABRAHAMS' OPPOSITION TO DEFENDANT HARD DRIVE PRODUCTIONS, INC.'S MOTION TO DISMISS**<br><br>Date:  May 25, 2012<br>Time:  1:30 p.m.<br>Judge:  Hon. Joseph C. Spero<br>Courtroom:  G, 15th Floor<br>File Date:  February 27, 2012<br>Trial Date:  None |

I, Steven W. Yuen, declare that:

1. I am an attorney duly licensed to practice in all courts of the State of California and in the United States District Court, Northern District of California, and am a senior associate with the law firm of Murphy, Pearson, Bradley & Feeney, attorneys of record for plaintiff Seth Abrahams.  I have personal knowledge of the information set forth herein below, all of which is true and correct of my own personal knowledge, and if called upon to testify, I could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of Mr. Abrahams complaint, action number C 12-01006 JCS.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts of Hard Drive Productions, Inc.'s (hereafter "Hard Drive") complaint, action number C 11-01567 LB.

1    4.    Attached hereto as Exhibit C is a true and correct copy of excerpts of Hard Drive's ex parte application for expedited discovery in action number C 11-01567 LB.

3    5.    Attached hereto as Exhibit D is a true and correct copy of the court's order granting Hard Drive's ex parte application for expedited discovery in action number C 11-01567 LB.

5    6.    Attached hereto as Exhibit E is a true and correct copy of excerpts of Hard Drive's complaint, action number C 11-05634 PJH.

7    7.    Attached hereto as Exhibit F is a true and correct copy of excerpts of Hard Drive's ex parte application for expedited discovery in action number C 11-05634 PJH.

9    8.    Attached hereto as Exhibit G is a true and correct copy of the court's order granting Hard Drive's ex parte application for expedited discovery in action number C 11-05634 PJH.

11   9.    Attached hereto as Exhibit H is a true and correct copy of excerpts of Hard Drive's opposition to Mr. Abrahams' administrative motion to consider whether cases should be related.

13   10.   Attached hereto as Exhibit I is a true and correct copy of Hard Drive's agent's custodian of records Charles E. Piehl.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 21, 2012.

/s/ Steven W. Yuen

Steven W. Yuen

SWY.20379753.doc

---

DECLARATION OF STEVEN W. YUEN IN SUPPORT OF PLAINTIFF SETH ABRAHAMS' OPPOSITION TO DEFENDANT HARD DRIVE PRODUCTIONS, INC.'S MOTION TO DISMISS
C 11-05630 YGR – PAGE 2

# CERTIFICATE OF SERVICE

I, Steven W. Yuen, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, California 94108-5530.

On March 21, 2012, I served the following document(s) on the parties in the within action:

**DECLARATION OF STEVEN W. YUEN IN SUPPORT OF PLAINTIFF SETH ABRAHAMS' OPPOSITION TO DEFENDANT HARD DRIVE PRODUCTIONS, INC.'S MOTION TO DISMISS**

|  |  |
|---|---|
|  | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at San Francisco, California on this date, addressed as follows: |
|  | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
|  | **VIA FACSIMILE**: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
|  | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |
| **XX** | **BY ECF**: I attached and submitted the above-described document(s) to the ECF system for filing. |

Brett L. Gibbs                                              Attorneys For Defendant
Prenda Law Inc.                                          HARD DRIVE PRODUCTIONS, INC.
38 Miller Avenue, #263
Mill Valley, CA 94941

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 21, 2012.

                                        /s/ Steven W. Yuen
                            By _____
                                        Steven W. Yuen

---

DECLARATION OF STEVEN W. YUEN IN SUPPORT OF PLAINTIFF SETH ABRAHAMS' OPPOSITION TO DEFENDANT HARD DRIVE PRODUCTIONS, INC.'S MOTION TO DISMISS
C 11-05630 YGR – PAGE 3