# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO.  C 12-01006 JCS**

**CASE NAME:  SETH ABRAHAMS v. HARD DRIVE PRODUCTIONS**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: March 27, 2012   **TIME: 2 H 45 M** | **COURT REPORTER**: <u>Not Reported</u> |
| **COUNSEL FOR PLAINTIFF:**<br>Steven Yuen | **COUNSEL FOR DEFENDANT:**<br>Brett Gibbs |

**PROCEEDINGS:**                                                                                **RULING:**

1. Discovery Conference                                                                    Held.

**ORDERED AFTER HEARING:**

The deposition of Mr. Abrahams shall occur immediately following the deposition in case C11-5634 PJH Hard Drive v. Doe, and shall not exceed seven (7) hours.

**ORDER TO BE PREPARED BY:**        () Plaintiff     () Defendant     () Court

**CASE CONTINUED TO:**                      at 1:30 p.m., for a further case mgmt conference.

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**    at 9:30 a.m. | | **Pretrial Conference:**    at 1:30 p.m. |
| **Trial Date:**       at 8:30 a.m.  ()Jury    ()Court    Set for    days | | |

**cc:        Chambers; Karen**
* (T) = Telephonic Appearance