1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11    SETH ABRAHAMS,                          Case No.:  C 12-01006 JCS

12           Plaintiff,                       **[PROPOSED] ORDER AFTER CASE**
                                              **MANAGEMENT CONFERENCE**
13    v.
                                              Date:        June 15, 2012
14    HARD DRIVE PRODUCTIONS, INC., AND       Time:        1:30 p.m.
      DOES 1-50,                              Judge:       Hon. Joseph C. Spero
15                                            Courtroom:   G, 15th Floor
             Defendants.                      File Date:   February 27, 2012
16                                            Trial Date:  None

17         It is ORDERED per the Federal Rules of Civil Procedure and the Local Rules of this court:

18         JURY TRIAL DATE:  _____ at_____, courtroom G, 15th floor.

19         TRIAL LENGTH is estimated to be 2 to 3 days.

20         DISCOVERY PLAN:  Per Federal Rules of Civil Procedure and Local Rules, subject to any

21    provisions below.

22         LAST DAY TO JOIN PARTIES/AMEND COMPLAINT:  _____

23         NON-EXPERT DISCOVERY CUTOFF:  _____

24         DESIGNATION OF EXPERTS:  _____

25         DESIGNATION OF REBUTTAL EXPERTS:  _____

26         EXPERT DISCOVERY CUTOFF:  _____

27         DISPOSITIVE MOTIONS shall be heard no later than _____,  and

28    shall be noticed for hearing 35 days thereafter.

1    SETTLEMENT CONFERENCE:  shall be held before Magistrate Judge _____

2    _____, and is scheduled to take place no later than 30 days prior to the Pretrial Conference.

3    JOINT PRETRIAL CONFERENCE

4    STATEMENT DUE DATE:  _____

5    PRETRIAL CONFERENCE DATE:  _____

6    COUNSEL  WHO  INTEND  TO  TRY  THE  CASE  MUST  ATTEND  THE  PRETRIAL

7    CONFERENCE.  Counsel shall be prepared to discuss all aspects of the case, including settlement.

8    MEET AND CONFER (Civil L.R. 16-10(b)(5):  Lead trial counsel shall meet and confer no

9    later than _____

10    FURTHER STATUS CONFERENCE:  _____

11    FURTHER STATUS CONFERENCE STATEMENT DUE:  _____

12    ADDITIONAL ORDERS:  _____

13

14    DATED:  _____          _____

15                                                                  Honorable Joseph C. Spero
                                                                     United States Magistrate Judge

16

17    SWY.20425080.doc

18

19

20

21

22

23

24

25

26

27

28

1  <center>**CERTIFICATE OF SERVICE**</center>

2  I, Shannon R. Young, declare:

3  I am a citizen of the United States, am over the age of eighteen years, and am not a party to or

4  interested in the within entitled cause.  My business address is 88 Kearny Street, 10th Floor, San

5  Francisco, California 94108-5530.

6  On June 7, 2012, I served the following document(s) on the parties in the within action:

7  <center>**[PROPOSED] ORDER AFTER CASE MANAGEMENT CONFERENCE**</center>

| | |
|---|---|
| | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at San Francisco, California on this date, addressed as follows: |
| | **BY HAND**:  The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | **VIA FACSIMILE**:  The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
| | **VIA OVERNIGHT SERVICE**:  The above-described document(s) will be delivered by overnight service, to the following: |
| **XX** | **BY ECF**: I attached and submitted the above-described document(s) to the ECF system for filing. |

Brett L. Gibbs                                    Attorneys For Plaintiff/Defendant
Prenda Law Inc.                                  HARD DRIVE PRODUCTIONS, INC.
38 Miller Avenue, #263
Mill Valley, CA  94941

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 7, 2012.

/s/ Shannon R. Young
By _____
Shannon R. Young