UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SETH ABRAHAMS,

    Plaintiff(s),

    v.

HARD DRIVE PRODUCTIONS,

    Defendant(s).

_____/

Case No. C-12-01006 JCS

**CASE MANAGEMENT AND PRETRIAL ORDER**

Following a case management conference held on **June 15, 2012,**

IT IS HEREBY ORDERED THAT:

1. Discovery is STAYED for thirty (30) days.

2. A further case management conference is set for **July 13, 2012, at 1:30 p.m.,** regarding Hard Drive's decision to sue or preserves its rights to sue Seth Abrahams.

IT IS SO ORDERED.

Dated: June 19, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge