Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SETH ABRAHAMS,<br><br>    Plaintiff,<br>  v.<br><br>HARD DRIVE PRODUCTIONS, INC.,<br>et al.,<br>    Defendant. | No. 3:12-CV-01006 JCS<br><br>[~~PROPOSED~~] **STIPULATION RESCHEDULING CASE MANAGEMENT CONFERENCE** |

**ORDER RE STIPULATED RESCHEDULING**

The Court has reviewed the parties' Stipulation Rescheduling Case Management Conference, and, pursuant to the parties' stipulation, the Court's ORDERS the following:

The Further Case Management Conference, currently scheduled for July 13, 2012 at 1:30 p.m. in Courtroom G, will be rescheduled to July 27, 2012 at 1:30 p.m. in Courtroom G.

IT IS SO ORDERED

DATED: July 10, 2012

_____
Judge Joseph C. Spero
United States Magistrate Judge