# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.  C 12-01006 JCS**

**CASE NAME:  SETH ABRAHAMS v. HARD DRIVE PRODUCTIONS**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**:  Karen Hom |
| **DATE**: July 27, 2012       **TIME: 12 M** | **COURT REPORTER**: <u>Not Reported</u> |
| **COUNSEL FOR PLAINTIFF:** <br> Steven Yuen | **COUNSEL FOR DEFENDANT:** <br> Brett Gibbs (T)* |

**PROCEEDINGS:**                                                              **RULING:**

1. Further Case Management Conference                              Held

___

**ORDERED AFTER HEARING:**

By 8/3/12, Defendant, per agreement, will dismiss Hard Drive v. John Doe, Case 4-11-cv-5634 PJH and file an amended counterclaim against Seth Abrahams.

Case referred to Court's ADR program for ENE, to occur within 90 days.
Court adopted the dates in the joint cmc statement submitted on 6/7/12 (docket no. 26) up to 9/27/13.  Parties shall meet and confer and submit a stipulated briefing schedule on dispositive motions with the reply brief to be due 4 weeks prior to the hearing date.

Updated joint case management conference statement due 10/19/12.

___

**ORDER TO BE PREPARED BY:**        () Plaintiff      () Defendant      (X) Court

**CASE CONTINUED TO: 10/26/12 at 1:30 p.m., for a further case mgmt conference**

| Number of Depos: | Number of Experts: | Discovery Cutoff: 6/28/13 |
|---|---|---|
| **Expert Disclosure:** 7/19/13 | **Expert Rebuttal:** 8/8/13 | **Expert Discovery Cutoff:** 8/28/13 |
| **Motions Hearing:** 09/27/13 at 9:30 a.m. | | **Pretrial Conference:**        at 1:30 p.m. |

**Trial Date:**              at 8:30 a.m.  ()Jury   ()Court     Set for     days

___

cc:       **Chambers; Karen**, ADR, Nichole
* (T) = Telephonic Appearance