UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SETH ABRAHAMS,  Case No. C-12-01006 JCS

        Plaintiff(s),

    v.  **FURTHER CASE MANAGEMENT AND PRETRIAL ORDER**

HARD DRIVE PRODUCTIONS,

        Defendant(s).
_____/

Following a further case management conference held on **July 27, 2012,**

IT IS HEREBY ORDERED THAT:

1. Defendant agreed, by August 3, 2012, to dismiss the case Hard Drive v. John Doe, Case No. 4-11-cv-5634 PJH, and file an amended counterclaim in this action against Seth Abrahams.

2. This case shall be referred to the Court's ADR program for Early Neutral Evaluation, to occur within ninety (90) days.

3. All non-expert discovery shall be completed by June 28, 2013.

4. All expert disclosures required by the Federal Rules of Civil Procedure shall be made by July 19, 2013. Expert rebuttal disclosures shall be made by August 8, 2013.

5. All discovery from experts shall be completed by August 28, 2013.

6. All dispositive motions shall be heard on **September 27, 2013, at 9:30 a.m.** Any reply papers on such motions shall be served and filed no later than **four (4) weeks** prior to the scheduled hearing date. The parties shall meet and confer and file a stipulation and proposed order as to the remainder of the briefing schedule.

With respect to motions for summary judgment, parties shall follow the procedures outlined in Judge Spero's Standing Order. No party may file more than one (1) summary judgment motion

without leave of Court.

7. An updated joint case management conference statement shall be due by October 19, 2012.

8. A further case management conference is set for **October 26, 2012, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: July 31, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge

2