

Protecting Intellectual Property

August 3, 2012

38 MILLER AVE., #263
MILL VALLLEY
CALIFORNIA, 94941
P: 415.325.5900
BLGIBBS@WEFIGHTPIRACY.COM

*Letter Notice to Court and Parties of Record*

<u>*Via E-Filing on CM/ECF*</u>

The Honorable Magistrate Judge Joseph C. Spero
United States District Court for the Northern District of California
San Francisco Courthouse
Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

   Re: *Seth Abrahams v. Hard Drive Productions, et al. Case No. 3:12-cv-01006 JCS*
      *Docket Number 37, Further Case Management and Pretrial Order*

The Honorable Magistrate Judge Joseph C. Spero:

As discussed during a further case management conference held on July 27, 2012, and later Ordered in the Court's July 31, 2012 Further Case Management and Pretrial Order ("Order"), Defendant Hard Drive Productions dismissed without prejudice Case Number 4:12-cv-05634 PJH, Hard Drive Productions, Inc. v. John Doe, on August 3, 2012.

However, contrary to the Order, Hard Drive Productions will *not* be filing an amended counterclaim in this action against Seth Abrahams. Instead, Hard Drive Productions shall continue in this case with its current answer/counterclaim.

Sincerely,

Brett L. Gibbs, Esq.
Of Counsel to Prenda Law, Inc.