1  Aaron K. McClellan - 197185
   amcclellan@mpbf.com
2  Steven W. Yuen - 230768
   syuen@mpbf.com
3  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
4  San Francisco, CA  94108-5530
   Tel:    (415) 788-1900
5  Fax:    (415) 393-8087

6  Attorneys for Plaintiff/Counterdefendant
   SETH ABRAHAMS

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11  SETH ABRAHAMS,                        Case No.:  C 12-01006 JCS

12          Plaintiff,                    **PLAINTIFF/COUNTERDEFENDANT SETH ABRAHAMS'S ANSWER TO**
13  v.                                    **DEFENDANT/COUNTERPLAINTIFF HARD DRIVE PRODUCTIONS, INC.'S**
14  HARD DRIVE PRODUCTIONS, INC., AND     **COUNTERCOMPLAINT**
    DOES 1-50,
15                                        DEMAND FOR JURY TRIAL
          Defendants.
16  ─────────────────────────────

17  HARD DRIVE PRODUCTIONS, INC.,

18          Counterplaintiff,

19  v.

20  SETH ABRAHAMS,

21          Counterdefendant.

22

23          **I.      ANSWER TO COUNTERCOMPLAINT**

24          Plaintiff/counterdefendant Seth Abrahams answers defendant/counterplaintiff Hard Drive

25  Productions, Inc.'s (hereafter "Hard Drive") countercomplaint (hereafter "complaint") as follows:

26                        **NATURE OF THE CASE**

27          1.      Mr. Abrahams admits the first and second sentences, denies the third sentence based on

28  lack of information, and denies the fourth sentence as it calls for a legal conclusion.

2.      Mr. Abrahams admits that Hard Drive filed this complaint seeking only declaratory relief, and denies all other allegations as it calls for a legal conclusion.

3.      Mr. Abrahams admits the first sentence, and denies the second sentence based on lack of information.

4.      Mr. Abrahams denies all allegations based on lack of information.

5.      Mr. Abrahams admits the allegations.

6.      Mr. Abrahams denies the first sentence based on lack of information, and denies the second sentence.

7.      Mr. Abrahams admits the first sentence, and denies the second sentence.

8.      Mr. Abrahams admits the allegations.

## ALLEGATIONS COMMON TO ALL COUNTS

9.      Mr. Abrahams denies the allegations.

10.     Mr. Abrahams denies the allegations based on lack of information.

11.     Mr. Abrahams denies the allegations.

12.     Mr. Abrahams denies the first sentence based on lack of information, and denies the second sentence.

13.     Mr. Abrahams denies the allegations.

## COUNT 1: DECLARATORY JUDGMENT

## (HARD DRIVE'S WORKS ARE COPYRIGHTABLE)

14.     Mr. Abrahams refers to and incorporates by reference herein his responses to all of the preceding paragraphs.

15.     Mr. Abrahams admits the allegations.

16.     Mr. Abrahams admits the allegations.

17.     Mr. Abrahams denies the allegations.

18.     Mr. Abrahams denies the allegations based on lack of information.

19.     Mr. Abrahams denies the allegations based on lack of information.

20.     Mr. Abrahams denies the allegations based on lack of information.

21.     Mr. Abrahams denies the allegations as it calls for a legal conclusion.

22.    Mr. Abrahams denies the allegations.

**PRAYER FOR RELIEF**

1.    Mr. Abrahams denies the allegations as Hard Drive admits in paragraphs 14 to 22 of its complaint that it is only seeking declaratory relief. As such, copyright infringement damages are unavailable to Hard Drive as it has failed to plead a cause of action for copyright infringement.

2.    Mr. Abrahams denies the allegations as Hard Drive admits in paragraphs 14 to 22 of its complaint that it is only seeking declaratory relief. As such, copyright infringement damages are unavailable to Hard Drive as it has failed to plead a cause of action for copyright infringement.

3.    Mr. Abrahams denies the allegations as Hard Drive admits in paragraphs 14 to 22 of its complaint that it is only seeking declaratory relief. As such, copyright infringement remedies are unavailable to Hard Drive as it has failed to plead a cause of action for copyright infringement.

4.    Mr. Abrahams denies the allegations as Hard Drive admits in paragraphs 14 to 22 of its complaint that it is only seeking declaratory relief. As such, copyright infringement damages are unavailable to Hard Drive as it has failed to plead a cause of action for copyright infringement.

5.    Mr. Abrahams denies the allegations as Hard Drive failed to timely register its copyright for the work at issue, which he admits is uncopyrightable, and Hard Drive is barred from recovering attorneys' fees as a matter of law.

6.    Mr. Abrahams denies the allegations.

## II.    AFFIRMATIVE DEFENSES

Mr. Abrahams asserts and raises the following affirmative defenses, and reserves the right to amend his answer to raise additional affirmative defenses as additional information becomes available.

### FIRST AFFIRMATIVE DEFENSE

1.    Hard Drive's complaint fails to state claims upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

2.    Hard Drive's complaint is barred by the doctrines of waiver, laches, and/or estoppel.

### THIRD AFFIRMATIVE DEFENSE

3.    Hard Drive's complaint is barred by settlement and/or release.

///

**FOURTH AFFIRMATIVE DEFENSE**

4.      Hard Drive's complaint is barred by res judicata and/or collateral estoppel.

**FIFTH AFFIRMATIVE DEFENSE**

5.      Hard Drive lacks standing and/or is not the proper party in interest.

### III.    COUNTERDEFENDANT'S PRAYER FOR RELIEF

WHEREFORE, Mr. Abrahams prays for the following relief:

1.      Dismissal of Hard Drive's countercomplaint with prejudice, and judgment thereon entered;

2.      Costs of suit;

3.      Reasonable attorneys' fees; and

4.      Such other and further relief as the court deems just and proper.

DATED: August 6, 2012

                                        MURPHY, PEARSON, BRADLEY & FEENEY

                                          /s/ Steven W. Yuen

                              By _____
                                        Steven W. Yuen
                                        Attorneys for Plaintiff/Counterdefendant
                                        SETH ABRAHAMS

SWY.20449555.doc

1

## CERTIFICATE OF SERVICE

2

I, Shannon R. Young, declare:

3

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or

4

interested in the within entitled cause.   My business address is 88 Kearny Street, 10th Floor, San

5

Francisco, California 94108-5530.

6

On August 6, 2012, I served the following document(s) on the parties in the within action:

7

**PLAINTIFF/COUNTERDEFENDANT SETH ABRAHAMS'S ANSWER TO**

8

**DEFENDANT/COUNTERPLAINTIFF HARD DRIVE PRODUCTIONS, INC.'S
COUNTERCOMPLAINT**

9

| | |
|---|---|
| | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at San Francisco, California on this date, addressed as follows: |
| | **BY HAND**:  The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | **VIA FACSIMILE**:  The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
| | **VIA OVERNIGHT SERVICE**:  The above-described document(s) will be delivered by overnight service, to the following: |
| **XX** | **BY ECF**: I attached and submitted the above-described document(s) to the ECF system for filing. |

10

11

12

13

14

15

16

17

18

19

Brett L. Gibbs                                     Attorneys For Defendant/Plaintiff

20

Prenda Law Inc.                                 HARD DRIVE PRODUCTIONS, INC.
38 Miller Avenue, #263                     Case Number C 11-05634 PJH

21

Mill Valley, CA  94941

22

I declare under penalty of perjury under the laws of the United States of America that the

23

foregoing is true and correct.  Executed on August 6, 2012.

24

/s/ Shannon R. Young

25

By _____
Shannon R. Young

26

27

28

PLAINTIFF/COUNTERDEFENDANT SETH ABRAHAMS'S ANSWER TO DEFENDANT/COUNTERPLAINTIFF
HARD DRIVE PRODUCTIONS, INC.'S COUNTERCOMPLAINT
C 12-01006 JCS – PAGE 5