# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.** C 12-01006 JCS

**CASE NAME:** SETH ABRAHAMS v. HARD DRIVE PRODUCTIONS

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: Sept. 21, 2012    **TIME:** 12 M | **COURT REPORTER**: Kathy Sullivan |
| **COUNSEL FOR PLAINTIFF:** Steven Yuen | **COUNSEL FOR DEFENDANT:** Brett Gibbs |

**PROCEEDINGS:**                                              **RULING:**

1. Motion for Judgment on the Pleadings [docket no. 42]        Submitted

**ORDERED AFTER HEARING:**

Parties stipulated that the two (2) dismissal rule applies to bar claims by Hard Drive Productions against Seth Abrahams that were asserted or could have been asserted against the Does in the previous two (2) actions.

Plaintiff may file a brief, by 9/28/12, on subject matter jurisdiction. Defendant may file a responding brief by 10/5/12.

ENE deadline of 10/2/12 is extended by sixty (60) days.

**ORDER TO BE PREPARED BY:**    () Plaintiff    () Defendant    (X) Court

**CASE CONTINUED TO:** 10/30/12 at 1:30 p.m., for a further case mgmt conference

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**    at 9:30 a.m. | | **Pretrial Conference:**    at 1:30 p.m. |
| **Trial Date:**    at 8:30 a.m.  ()Jury  ()Court    Set for    days | | |

**cc:**    **Chambers; Karen**, ADR
\* (T) = Telephonic Appearance