RECEIVED
AUG 0 6 2012
BY: (sl)

Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law, Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH ABRAHAMS, | 3:12-cv-01006-JCS |
| Plaintiff, | |
| v. | **DEFENDANT'S RULE 26(a)(1) INITIAL DISCLOSURES** |
| HARD DRIVE PRODUCTIONS, INC., | |
| Defendant. | |

I. **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT MAY BE USED TO SUPPORT DEFENDANT'S DEFENSES/COUNTERCLAIM:**

A. Peter Hansmeier
  161 N Clark Street, Suite 3200
  Chicago, IL 60601
  312-880-9160

Information includes: knowledge of BitTorrent technology; technician of the technology used to monitor and capture the Defendant's infringing conduct.

B. Paul Pilcher
  8410 E. Cholla St.
  Scottsdale, AZ 85260

Information includes: knowledge regarding the copyrighted material; knowledge of the damages caused by the infringing conduct.

C. Seth Abrahams
  731 Catalina Drive
  Livermore, CA 94550

Information includes: knowledge of his actions on date/time of infringement(s), knowledge of his use of his computers/Internet usage, knowledge of his interactions with BitTorrent, knowledge of his online consumption of pornography.

Defendant reserves the right to amend its disclosures to add additional witnesses.

## II. CATEGORIES OF DOCUMENTS

A. Documents related to the data collected by 6881 Forensics regarding the BitTorrent swarm.

B. The copyright certificate of registration related to the copyrighted material in this case.

C. Video deposition of Seth Abrahams.

D. All documents attached hereto as Exhibits.

## III. COMPUTATION OF DAMAGES

Defendant seeks declaratory relief and thus has no computation of damages.

## IV. INSURANCE

At this time, Defendant is not aware of any insurance agreement under which any persons carrying on an insurance business may be liable to satisfy all or part of a judgment which may be entered in favor for either party. Additionally, both parties are seeking declaratory relief at this time.

Respectfully submitted,

PRENDA LAW, INC.

DATED: August 3, 2012

By: /s/ Brett L. Gibbs, Esq.
Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law, Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com
*Attorney for Defendant*

2

DEFENDANT'S RULE 26(a)(1) INITIAL DISCLOSURES    CASE NO. 3:12-cv-01006-JCS

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-772-596**

**Effective date of registration:**

November 18, 2011

---

## Title
**Title of Work:** Samantha Saint

## Completion/Publication
**Year of Completion:** 2011
**Date of 1st Publication:** March 4, 2011        **Nation of 1st Publication:** United States

## Author
- **Author:** Hard Drive Productions, Inc.
  **Author Created:** editing/editor, direction/director, script/screenplay, production/producer, entire motion picture, cinematography/cinematographer
  **Work made for hire:** Yes
  **Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Hard Drive Productions, Inc.
8410 E. Cholla St., Scottsdale, AZ, 85260

## Certification
**Name:** Peter Hansmeier
**Date:** March 28, 2011

HD 001

**Registration #:** PA0001772596
**Service Request #:** 1-588044458



Steele Hansmeier, PLLC
161 N. Clark St. #4700
Chicago, IL 60601  United States

HD 002

Torrent Data
HexInfoHash
5B480B0EFD0011AB9B4756D129FB7291114FE090

Peer Data

| IP | Country | Region | City |
|---|---|---|---|
| tcp://98.248.90.217:51413/ | United States | California | San Ramon |

| ASN | Organization | Connected | |
|---|---|---|---|
| AS33651 | Comcast Cable Communications Inc. | 2011-03-21 18:07:38Z | |

| MessageExchanged | Downloaded | Client | |
|---|---|---|---|
| 2011-03-21 18:07:45Z | 2011-03-21 18:13:44Z | Transmission 2.22 | |

Messages

| Time | Message |
|---|---|
| 2011-03-21 16:54:27Z | BitfieldMessage: 0.17688679245283% complete |
| 2011-03-21 16:54:27Z | ExtendedHandshakeMessage Transmission 2.22 |
| 2011-03-21 16:54:27Z | HandshakeMessage  PeerID -TR2220-xf505y3dyv34 FastPeer TrueCorrectInfohash=True |
| 2011-03-21 16:54:27Z | HaveMessage  Index 0 |
| 2011-03-21 16:54:27Z | HaveMessage  Index 209 |
| 2011-03-21 16:54:27Z | HaveMessage  Index 224 |
| 2011-03-21 16:54:27Z | HaveMessage  Index 464 |
| 2011-03-21 16:54:27Z | HaveMessage  Index 479 |
| 2011-03-21 16:54:27Z | HaveMessage  Index 871 |
| 2011-03-21 16:54:29Z | PeerExchangeMessage: 23 peers |
| 2011-03-21 16:54:42Z | UnChokeMessage |
| 2011-03-21 17:22:28Z | HandshakeMessage  PeerID -TR2220-xf505y3dyv34 FastPeer TrueCorrectInfohash=True |
| 2011-03-21 17:22:29Z | BitfieldMessage: 2.12264150943396% complete |
| 2011-03-21 17:22:29Z | ExtendedHandshakeMessage Transmission 2.22 |
| 2011-03-21 17:22:29Z | HaveMessage  Index 1154 |
| 2011-03-21 17:22:29Z | HaveMessage  Index 123 |
| 2011-03-21 17:22:29Z | HaveMessage  Index 190 |
| 2011-03-21 17:22:29Z | HaveMessage  Index 224 |

| | |
|---|---|
| 2011-03-21 17:22:29Z | HaveMessage  Index 269 |
| 2011-03-21 17:22:29Z | HaveMessage  Index 285 |
| 2011-03-21 17:22:29Z | HaveMessage  Index 328 |
| 2011-03-21 17:22:29Z | HaveMessage  Index 339 |
| 2011-03-21 17:22:29Z | HaveMessage  Index 345 |
| 2011-03-21 17:22:29Z | HaveMessage  Index 368 |
| 2011-03-21 17:22:29Z | HaveMessage  Index 370 |
| 2011-03-21 17:22:29Z | HaveMessage  Index 437 |
| 2011-03-21 17:22:29Z | HaveMessage  Index 453 |
| 2011-03-21 17:22:29Z | HaveMessage  Index 464 |
| 2011-03-21 17:22:29Z | HaveMessage  Index 479 |
| 2011-03-21 17:22:29Z | HaveMessage  Index 580 |
| 2011-03-21 17:22:29Z | HaveMessage  Index 662 |
| 2011-03-21 17:22:29Z | HaveMessage  Index 664 |
| 2011-03-21 17:22:29Z | HaveMessage  Index 670 |
| 2011-03-21 17:22:29Z | HaveMessage  Index 678 |
| 2011-03-21 17:22:29Z | HaveMessage  Index 717 |
| 2011-03-21 17:22:29Z | HaveMessage  Index 776 |
| 2011-03-21 17:22:29Z | HaveMessage  Index 779 |
| 2011-03-21 17:22:29Z | HaveMessage  Index 823 |
| 2011-03-21 17:22:29Z | HaveMessage  Index 871 |
| 2011-03-21 17:22:29Z | HaveMessage  Index 91 |
| 2011-03-21 17:22:29Z | HaveMessage  Index 959 |
| 2011-03-21 17:22:29Z | PeerExchangeMessage: 18 peers |
| 2011-03-21 17:22:29Z | UnChokeMessage |
| 2011-03-21 17:37:29Z | HandshakeMessage  PeerID -TR2220-xf505y3dyv34 FastPeer TrueCorrectInfohash=True |
| 2011-03-21 17:37:30Z | BitfieldMessage: 2.94811320754717% complete |
| 2011-03-21 17:37:30Z | ExtendedHandshakeMessage Transmission 2.22 |
| 2011-03-21 17:37:30Z | HaveMessage  Index 0 |
| 2011-03-21 17:37:30Z | HaveMessage  Index 123 |
| 2011-03-21 17:37:30Z | HaveMessage  Index 18 |
| 2011-03-21 17:37:30Z | HaveMessage  Index 190 |
| 2011-03-21 17:37:30Z | HaveMessage  Index 209 |
| 2011-03-21 17:37:30Z | HaveMessage  Index 269 |

| | |
|---|---|
| 2011-03-21 17:37:30Z | HaveMessage  Index 287 |
| 2011-03-21 17:37:30Z | HaveMessage  Index 31 |
| 2011-03-21 17:37:30Z | HaveMessage  Index 380 |
| 2011-03-21 17:37:30Z | HaveMessage  Index 453 |
| 2011-03-21 17:37:30Z | HaveMessage  Index 464 |
| 2011-03-21 17:37:30Z | HaveMessage  Index 479 |
| 2011-03-21 17:37:30Z | HaveMessage  Index 580 |
| 2011-03-21 17:37:30Z | HaveMessage  Index 61 |
| 2011-03-21 17:37:30Z | HaveMessage  Index 613 |
| 2011-03-21 17:37:30Z | HaveMessage  Index 662 |
| 2011-03-21 17:37:30Z | HaveMessage  Index 664 |
| 2011-03-21 17:37:30Z | HaveMessage  Index 670 |
| 2011-03-21 17:37:30Z | HaveMessage  Index 713 |
| 2011-03-21 17:37:30Z | HaveMessage  Index 717 |
| 2011-03-21 17:37:30Z | HaveMessage  Index 743 |
| 2011-03-21 17:37:30Z | HaveMessage  Index 776 |
| 2011-03-21 17:37:30Z | HaveMessage  Index 823 |
| 2011-03-21 17:37:30Z | HaveMessage  Index 871 |
| 2011-03-21 17:37:30Z | HaveMessage  Index 883 |
| 2011-03-21 17:37:30Z | HaveMessage  Index 997 |
| 2011-03-21 17:37:31Z | PeerExchangeMessage: 15 peers |
| 2011-03-21 17:37:31Z | UnChokeMessage |
| 2011-03-21 18:07:45Z | HandshakeMessage  PeerID -TR2220-xf505y3dyv34 FastPeer TrueCorrectInfohash=True |
| 2011-03-21 18:07:49Z | BitfieldMessage: 12.9127358490566% complete |
| 2011-03-21 18:07:49Z | ExtendedHandshakeMessage Transmission 2.22 |
| 2011-03-21 18:07:49Z | HaveMessage  Index 0 |
| 2011-03-21 18:07:49Z | HaveMessage  Index 145 |
| 2011-03-21 18:07:49Z | HaveMessage  Index 165 |
| 2011-03-21 18:07:49Z | HaveMessage  Index 195 |
| 2011-03-21 18:07:49Z | HaveMessage  Index 226 |
| 2011-03-21 18:07:49Z | HaveMessage  Index 269 |
| 2011-03-21 18:07:49Z | HaveMessage  Index 273 |
| 2011-03-21 18:07:49Z | HaveMessage  Index 290 |
| 2011-03-21 18:07:49Z | HaveMessage  Index 32 |

| Time | Message |
|---|---|
| 2011-03-21 18:07:49Z | HaveMessage  Index 34 |
| 2011-03-21 18:07:49Z | HaveMessage  Index 437 |
| 2011-03-21 18:07:49Z | HaveMessage  Index 448 |
| 2011-03-21 18:07:49Z | HaveMessage  Index 464 |
| 2011-03-21 18:07:49Z | HaveMessage  Index 465 |
| 2011-03-21 18:07:49Z | HaveMessage  Index 631 |
| 2011-03-21 18:07:49Z | HaveMessage  Index 656 |
| 2011-03-21 18:07:49Z | HaveMessage  Index 660 |
| 2011-03-21 18:07:49Z | HaveMessage  Index 662 |
| 2011-03-21 18:07:49Z | HaveMessage  Index 756 |
| 2011-03-21 18:07:49Z | HaveMessage  Index 764 |
| 2011-03-21 18:07:49Z | HaveMessage  Index 791 |
| 2011-03-21 18:07:49Z | HaveMessage  Index 80 |
| 2011-03-21 18:07:49Z | HaveMessage  Index 802 |
| 2011-03-21 18:07:49Z | HaveMessage  Index 825 |
| 2011-03-21 18:07:49Z | HaveMessage  Index 924 |
| 2011-03-21 18:07:49Z | HaveMessage  Index 967 |
| 2011-03-21 18:07:54Z | PeerExchangeMessage: 13 peers |
| 2011-03-21 18:07:55Z | UnChokeMessage |
| 2011-03-21 18:13:44Z | PieceMessage  Index 269 Offset 0 Length 16384 |

Sightings

| Time | Source | Tracker |
|---|---|---|
| 2011-03-21 16:53:59Z | Tracker | http://tracker.istole.it/announce |
| 2011-03-21 16:55:14Z | PeerExchange | |
| 2011-03-21 16:56:27Z | Tracker | http://genesis.1337x.org:1337/announce |
| 2011-03-21 17:03:59Z | Tracker | http://exodus.1337x.org/announce |
| 2011-03-21 17:04:58Z | Tracker | http://nemesis.1337x.org/announce |
| 2011-03-21 17:04:58Z | Tracker | http://tracker.anime-miako.to:6969/announce |
| 2011-03-21 17:15:59Z | Tracker | http://genesis.1337x.org:1337/announce |
| 2011-03-21 17:18:58Z | Tracker | http://exodus.1337x.org/announce |
| 2011-03-21 17:19:58Z | Tracker | http://tracker.anime-miako.to:6969/announce |
| 2011-03-21 17:21:01Z | Tracker | http://nemesis.1337x.org/announce |
| 2011-03-21 17:28:59Z | Tracker | http://tracker.istole.it/announce |

| | | |
|---|---|---|
| 2011-03-21 17:34:30Z | Tracker | http://exodus.1337x.org/announce |
| 2011-03-21 17:35:01Z | Tracker | http://tracker.anime-miako.to:6969/announce |
| 2011-03-21 17:35:49Z | PeerExchange | |
| 2011-03-21 17:36:05Z | PeerExchange | |
| 2011-03-21 17:37:00Z | Tracker | http://genesis.1337x.org:1337/announce |
| 2011-03-21 17:37:00Z | Tracker | http://nemesis.1337x.org/announce |
| 2011-03-21 17:50:01Z | Tracker | http://exodus.1337x.org/announce |
| 2011-03-21 17:50:30Z | Tracker | http://tracker.anime-miako.to:6969/announce |
| 2011-03-21 17:52:01Z | Tracker | http://nemesis.1337x.org/announce |
| 2011-03-21 17:59:02Z | Tracker | http://genesis.1337x.org:1337/announce |
| 2011-03-21 18:04:59Z | Tracker | http://exodus.1337x.org/announce |
| 2011-03-21 18:05:32Z | Tracker | http://tracker.anime-miako.to:6969/announce |
| 2011-03-21 18:06:30Z | Tracker | http://tracker.istole.it/announce |
| 2011-03-21 18:09:33Z | Tracker | http://nemesis.1337x.org/announce |
| 2011-03-21 18:10:28Z | PeerExchange | |
| 2011-03-21 18:20:02Z | Tracker | http://exodus.1337x.org/announce |
| 2011-03-21 18:20:02Z | Tracker | http://genesis.1337x.org:1337/announce |
| 2011-03-21 18:27:03Z | Tracker | http://nemesis.1337x.org/announce |
| 2011-03-21 18:35:01Z | Tracker | http://exodus.1337x.org/announce |
| 2011-03-21 18:35:36Z | Tracker | http://tracker.anime-miako.to:6969/announce |
| 2011-03-21 18:43:02Z | Tracker | http://tracker.istole.it/announce |
| 2011-03-21 18:44:01Z | Tracker | http://nemesis.1337x.org/announce |
| 2011-03-21 18:44:02Z | Tracker | http://genesis.1337x.org:1337/announce |
| 2011-03-21 18:50:02Z | Tracker | http://exodus.1337x.org/announce |
| 2011-03-21 18:50:30Z | Tracker | http://tracker.anime-miako.to:6969/announce |
| 2011-03-21 19:00:01Z | Tracker | http://nemesis.1337x.org/announce |
| 2011-03-21 19:04:03Z | Tracker | http://genesis.1337x.org:1337/announce |
| 2011-03-21 19:05:03Z | Tracker | http://exodus.1337x.org/announce |
| 2011-03-21 19:05:31Z | Tracker | http://tracker.anime-miako.to:6969/announce |
| 2011-03-21 19:15:47Z | PeerExchange | |
| 2011-03-21 19:16:32Z | Tracker | http://nemesis.1337x.org/announce |
| 2011-03-21 19:19:32Z | Tracker | http://tracker.istole.it/announce |
| 2011-03-21 19:20:03Z | Tracker | http://exodus.1337x.org/announce |
| 2011-03-21 19:24:02Z | Tracker | http://genesis.1337x.org:1337/announce |

| Timestamp | Type | URL |
|---|---|---|
| 2011-03-21 19:32:32Z | Tracker | http://nemesis.1337x.org/announce |
| 2011-03-21 19:35:03Z | Tracker | http://exodus.1337x.org/announce |
| 2011-03-21 19:35:32Z | Tracker | http://tracker.anime-miako.to:6969/announce |
| 2011-03-21 19:45:33Z | Tracker | http://genesis.1337x.org:1337/announce |
| 2011-03-21 19:49:34Z | Tracker | http://nemesis.1337x.org/announce |
| 2011-03-21 19:50:02Z | Tracker | http://exodus.1337x.org/announce |
| 2011-03-21 19:57:35Z | Tracker | http://tracker.istole.it/announce |
| 2011-03-21 19:58:17Z | PeerExchange | |
| 2011-03-21 20:05:03Z | Tracker | http://exodus.1337x.org/announce |
| 2011-03-21 20:05:33Z | Tracker | http://tracker.anime-miako.to:6969/announce |
| 2011-03-21 20:06:04Z | Tracker | http://genesis.1337x.org:1337/announce |
| 2011-03-21 20:06:36Z | Tracker | http://nemesis.1337x.org/announce |
| 2011-03-21 20:20:05Z | Tracker | http://exodus.1337x.org/announce |
| 2011-03-21 20:22:38Z | Tracker | http://nemesis.1337x.org/announce |
| 2011-03-21 20:26:38Z | Tracker | http://genesis.1337x.org:1337/announce |
| 2011-03-21 20:35:08Z | Tracker | http://exodus.1337x.org/announce |
| 2011-03-21 20:35:09Z | Tracker | http://tracker.istole.it/announce |
| 2011-03-21 20:35:34Z | Tracker | http://tracker.anime-miako.to:6969/announce |
| 2011-03-21 20:40:08Z | Tracker | http://nemesis.1337x.org/announce |
| 2011-03-21 20:47:36Z | Tracker | http://genesis.1337x.org:1337/announce |
| 2011-03-21 20:50:09Z | Tracker | http://exodus.1337x.org/announce |
| 2011-03-21 20:50:34Z | Tracker | http://tracker.anime-miako.to:6969/announce |
| 2011-03-21 20:56:35Z | Tracker | http://nemesis.1337x.org/announce |
| 2011-03-21 21:05:06Z | Tracker | http://exodus.1337x.org/announce |
| 2011-03-21 21:05:35Z | Tracker | http://tracker.anime-miako.to:6969/announce |
| 2011-03-21 21:08:37Z | Tracker | http://genesis.1337x.org:1337/announce |
| 2011-03-21 21:12:09Z | Tracker | http://tracker.istole.it/announce |
| 2011-03-21 21:13:08Z | Tracker | http://nemesis.1337x.org/announce |
| 2011-03-21 21:20:05Z | Tracker | http://exodus.1337x.org/announce |
| 2011-03-21 21:20:35Z | Tracker | http://tracker.anime-miako.to:6969/announce |
| 2011-03-21 21:29:38Z | Tracker | http://genesis.1337x.org:1337/announce |
| 2011-03-21 21:30:06Z | Tracker | http://nemesis.1337x.org/announce |
| 2011-03-21 21:35:08Z | Tracker | http://exodus.1337x.org/announce |
| 2011-03-21 21:35:38Z | Tracker | http://tracker.anime-miako.to:6969/announce |

| | | |
|---|---|---|
| 2011-03-21 21:47:07Z | Tracker | http://nemesis.1337x.org/announce |
| 2011-03-21 21:47:39Z | Tracker | http://tracker.istole.it/announce |
| 2011-03-21 21:50:11Z | Tracker | http://exodus.1337x.org/announce |
| 2011-03-21 21:50:11Z | Tracker | http://genesis.1337x.org:1337/announce |
| 2011-03-21 22:03:37Z | Tracker | http://nemesis.1337x.org/announce |
| 2011-03-21 22:05:10Z | Tracker | http://exodus.1337x.org/announce |
| 2011-03-21 22:05:36Z | Tracker | http://tracker.anime-miako.to:6969/announce |
| 2011-03-21 22:11:38Z | Tracker | http://genesis.1337x.org:1337/announce |
| 2011-03-21 22:20:07Z | Tracker | http://exodus.1337x.org/announce |
| 2011-03-21 22:20:40Z | Tracker | http://nemesis.1337x.org/announce |
| 2011-03-21 22:25:38Z | Tracker | http://tracker.istole.it/announce |
| 2011-03-21 22:33:09Z | Tracker | http://genesis.1337x.org:1337/announce |
| 2011-03-21 22:35:12Z | Tracker | http://exodus.1337x.org/announce |
| 2011-03-21 22:35:41Z | Tracker | http://tracker.anime-miako.to:6969/announce |
| 2011-03-21 22:38:10Z | Tracker | http://nemesis.1337x.org/announce |
| 2011-03-21 22:50:37Z | Tracker | http://tracker.anime-miako.to:6969/announce |
| 2011-03-21 22:50:41Z | Tracker | http://exodus.1337x.org/announce |
| 2011-03-21 22:55:10Z | Tracker | http://genesis.1337x.org:1337/announce |
| 2011-03-21 22:55:44Z | Tracker | http://nemesis.1337x.org/announce |
| 2011-03-21 22:59:11Z | Tracker | http://tracker.istole.it/announce |
| 2011-03-21 23:05:42Z | Tracker | http://exodus.1337x.org/announce |
| 2011-03-21 23:10:09Z | Tracker | http://genesis.1337x.org:1337/announce |
| 2011-03-21 23:10:39Z | Tracker | http://nemesis.1337x.org/announce |
| 2011-03-21 23:17:09Z | Tracker | http://tracker.istole.it/announce |
| 2011-03-21 23:20:40Z | Tracker | http://exodus.1337x.org/announce |
| 2011-03-21 23:25:09Z | Tracker | http://genesis.1337x.org:1337/announce |
| 2011-03-21 23:25:42Z | Tracker | http://nemesis.1337x.org/announce |
| 2011-03-21 23:35:40Z | Tracker | http://tracker.anime-miako.to:6969/announce |
| 2011-03-21 23:35:41Z | Tracker | http://exodus.1337x.org/announce |
| 2011-03-21 23:36:37Z | Tracker | http://tracker.istole.it/announce |
| 2011-03-21 23:40:10Z | Tracker | http://genesis.1337x.org:1337/announce |
| 2011-03-21 23:40:42Z | Tracker | http://nemesis.1337x.org/announce |
| 2011-03-21 23:50:41Z | Tracker | http://exodus.1337x.org/announce |
| 2011-03-21 23:55:08Z | Tracker | http://tracker.istole.it/announce |

| | | |
|---|---|---|
| 2011-03-21 23:55:12Z | Tracker | http://genesis.1337x.org:1337/announce |
| 2011-03-21 23:55:41Z | Tracker | http://nemesis.1337x.org/announce |
| 2011-03-22 00:05:43Z | Tracker | http://tracker.anime-miako.to:6969/announce |
| 2011-03-22 00:05:44Z | Tracker | http://exodus.1337x.org/announce |
| 2011-03-22 00:10:11Z | Tracker | http://genesis.1337x.org:1337/announce |
| 2011-03-22 00:10:45Z | Tracker | http://nemesis.1337x.org/announce |
| 2011-03-22 00:13:08Z | Tracker | http://tracker.istole.it/announce |
| 2011-03-22 00:20:40Z | Tracker | http://tracker.anime-miako.to:6969/announce |
| 2011-03-22 00:20:42Z | Tracker | http://exodus.1337x.org/announce |

Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEATH ABRAHAMS,<br><br>        Plaintiff,<br>   v.<br><br>HARD DRIVE PRODUCTIONS, INC.<br><br>        Defendant. | 3:12-cv-01006-JCS<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

    I declare that I am employed with the law firm of Prenda Law Inc. whose address is 161 N. Clark St. Ste 814, Chicago, IL 60601. I am not a party to the within cause, I am over the age of eighteen years.

    I further declare that on August 3, 2012, I served a copy of:

**DEFENDANT'S RULE 26(a)(1) INITIAL DISCLOSURES**

    X    **BY U.S. MAIL CERTIFIED [Fed. Rule Civ. Proc. Rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with certified postage thereon fully prepaid, addressed as follows, for collection and mailing at a federal post office to:

Steven W. Yuen
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of August, 2012.

_Angela Van Den Hemel_         _____
    (Typed)                                    (Signature)