1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 | SETH ABRAHAMS,       Case No. 3:12-cv-01006 JCS

12 |          Plaintiff,       **JUDGMENT**

13 |     v.

14 |

15 | HARD DRIVE PRODUCTIONS, INC., ET AL.,

16 |

17 |          Defendants.

18

19

20      IT IS HEREBY ADJUDGED that judgment shall be entered dismissing all claims asserted

21 against Defendant Hard Drive Productions, Inc. in this action for lack of subject matter jurisdiction.

22

23 Dated: November 14, 2012

24

25

26 _____

27 JOSEPH C. SPERO
    United States Magistrate Judge

28