AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ✔ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court for the Northern District of California |
|---|---|
| DOCKET NO.<br>CV 12-01006 JCS | DATE FILED<br>2/28/2012 | 450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102 |
| PLAINTIFF<br>SETH ABRAHAMS | DEFENDANT<br>HARD DRIVE PRODUCTIONS, ET AL |

| COPYRIGHT | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>✔ Order   ✔ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED<br>11/14/2012 |
|---|---|---|
| CLERK<br>Richard W. Wieking | (BY) DEPUTY CLERK<br>Gina Agustine-Rivas | DATE<br>November 19, 2012 |

**DISTRIBUTION:**  1) Upon initiation of action, mail copy to Register of Copyrights   2) Upon filing of document adding copyright(s), 3) Upon mail copy to Register of Copyrights   mail copy

AO 121 (6/90)

4) In the event of an appeal, forward copy to Appellate Court    5) Case File Copy