Aaron K. McClellan - 197185
amcclellan@mpbf.com
Steven W. Yuen - 230768
syuen@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel: (415) 788-1900
Fax: (415) 393-8087

Attorneys for Plaintiff/Counter-Defendant
SETH ABRAHAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SETH ABRAHAMS,<br><br>    Plaintiff/Counter-Defendant<br><br>v.<br><br>HARD DRIVE PRODUCTIONS, INC., AND DOES 1-50,<br><br>    Defendants/Counter-Plaintiff | Case No.: C 12-01006 JCS<br><br>**PLAINTIFF/COUNTER-DEFENDANT SETH ABRAHAMS'S ITEMIZATION ATTACHMENT TO BILL OF COSTS**<br><br>Judge:     Hon. Joseph C. Spero<br>Courtroom: G, 15th Floor<br>File Date:  February 28, 2012<br>Trial Date: None |

Plaintiff/counter-defendant Seth Abrahams submits the following itemization in support of his bill of costs. Mr. Abrahams incurred the following recoverable printing costs (28 U.S.C. section 1920(3)) of 29¢ per page charged to him by his counsel to print a courtesy copy for the court as required by Civil Local Rule 5-1(e)(7), and other papers required to be served upon opposing party:

| <u>Pleading</u> | <u>Pages</u> | <u>Cost</u> |
|---|---|---|
| Complaint | 15 | $4.35 |
|     Supporting exhibits | 21 | $6.09 |
| Civil coversheet | 1 | $0.29 |
| Administrative motion for related case | 6 (x3 copies) | $5.22 |
|     Supporting declaration and exhibits | 27 (x3 copies) | $23.49 |
|     Proposed order | 3 (x3 copies) | $2.61 |

| | Pleading | Pages | Cost |
|---|---|---|---|
| 1 | | | |
| 2 | Certification of interested entities or parties | 3 | $0.87 |
| 3 | Consent to proceed before a united states magistrate judge | 2 | $0.58 |
| 4 | Opposition to motion to dismiss complaint | 14 | $4.06 |
| 5 |     Supporting declaration | 83 | $24.07 |
| 6 |     Proposed order | 3 | $0.87 |
| 7 | Rule 68 offer | 4 | $1.16 |
| 8 | First amended complaint | 16 | $4.64 |
| 9 |     Supporting exhibits | 21 | $6.09 |
| 10 | Opposition to motion to dismiss first amended complaint | 19 | $5.51 |
| 11 |     Supporting declaration and exhibits | 107 | $31.03 |
| 12 |     Proposed order | 3 | $0.87 |
| 13 | Rule 68 offer | 4 | $1.16 |
| 14 | ADR certification | 3 | $0.87 |
| 15 | Stipulation and proposed order selecting ADR process | 2 | $0.58 |
| 16 | Joint case management statement | 9 | $2.61 |
| 17 |     Proposed order | 3 | $0.87 |
| 18 | Stipulated protective order and proposed order | 13 | $3.77 |
| 19 | Initial disclosures | 30 | $8.70 |
| 20 | Notice of deposition | 5 | $1.45 |
| 21 | Answer to countercomplaint | 5 | $1.45 |
| 22 | Motion for judgment on the pleadings | 9 | $2.61 |
| 23 |     Supporting declaration and exhibits | 50 | $14.50 |
| 24 |     Proposed order | 4 | $1.16 |
| 25 |     Reply | 7 | $2.03 |
| 26 |     Supplemental brief | 7 | $2.03 |
| 27 | Request for ENE telephonic appearance | 4 (x3 copies) | $3.48 |
| 28 |     Proposed order | 3 (x3 copies) | $2.61 |

PLAINTIFF/COUNTER-DEFENDANT SETH ABRAHAMS'S ITEMIZATION ATTACHMENT TO BILL OF COSTS
C 12-01006 JCS – PAGE 2

| Pleading | Pages | Cost |
|---|---|---|
| Joint case management statement | 8 | $2.32 |
| Supporting exhibits | 14 | $4.06 |
| Bill of costs and itemization attachment | 6 | $1.74 |
| **Total** | **620** | **$179.80** |

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action, and that the services for which costs and fees have been charged were actually and necessarily performed.

DATED: November 27, 2012

MURPHY, PEARSON, BRADLEY & FEENEY

/s/ Steven W. Yuen

By _____
Steven W. Yuen
Attorneys for Plaintiff/Counter-Defendant
SETH ABRAHAMS

SWY.20507707.doc

# **CERTIFICATE OF SERVICE**

I, Shannon R. Young , declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, California 94108-5530.

On November 27, 2012, I served the following document(s) on the parties in the within action:

**PLAINTIFF/COUNTER-DEFENDANT SETH ABRAHAMS'S BILL OF COSTS, AND ITEMIZATION ATTACHMENT TO BILL OF COSTS**

|   |   |
|---|---|
|   | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at San Francisco, California on this date, addressed as follows: |
|   | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
|   | **VIA FACSIMILE**: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
|   | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |
| **XX** | **BY ECF**: I attached and submitted the above-described document(s) to the ECF system for filing. |

Brett L. Gibbs                                                    Attorney For Defendant/Counter-Plaintiff
Prenda Law Inc.                                               HARD DRIVE PRODUCTIONS, INC.
38 Miller Avenue, #263
Mill Valley, CA  94941

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 27, 2012.

                                                    /s/ Shannon R. Young
                                   By _____
                                                    Shannon R. Young