Aaron K. McClellan - 197185
amcclellan@mpbf.com
Steven W. Yuen - 230768
syuen@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel: (415) 788-1900
Fax: (415) 393-8087

Attorneys for Plaintiff/Counter-Defendant
SETH ABRAHAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SETH ABRAHAMS,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>HARD DRIVE PRODUCTIONS, INC., AND DOES 1-50,<br><br>    Defendants/Counter-Plaintiff. | Case No.: C 12-01006 JCS<br><br>**PLAINTIFF/COUNTER-DEFENDANT SETH ABRAHAMS'S NOTICE OF APPEAL**<br><br>Judge: Hon. Joseph C. Spero<br>Courtroom: G, 15th Floor<br>File Date: February 28, 2012<br>Trial Date: None |

Notice is given that plaintiff/counter-defendant Seth Abrahams in the above named case appeals to the United States Court of Appeals for the Ninth Circuit from the court's order entered on November 13, 2012, and the subsequent judgment entered on November 14, 2012.

DATED: December 12, 2012

                              MURPHY, PEARSON, BRADLEY & FEENEY

                              /s/ Steven W. Yuen

                        By _____
                            Steven W. Yuen
                            Attorneys for Plaintiff/Counter-Defendant
                            SETH ABRAHAMS

SWY.20515096.doc

## CERTIFICATE OF SERVICE

I, Shannon R. Young, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, California 94108-5530.

On December 12, 2012, I served the following document(s) on the parties in the within action:

**PLAINTIFF/COUNTER-DEFENDANT SETH ABRAHAMS'S NOTICE OF APPEAL**

|  | |
|---|---|
|  | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at San Francisco, California on this date, addressed as follows: |
|  | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
|  | **VIA FACSIMILE**: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
|  | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |
| **XX** | **BY ECF**: I attached and submitted the above-described document(s) to the ECF system for filing. |

Brett L. Gibbs                                                     Attorney For Defendant/Counter-Plaintiff
Prenda Law Inc.                                                HARD DRIVE PRODUCTIONS, INC.
38 Miller Avenue, #263
Mill Valley, CA 94941

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 12, 2012.

By /s/ Shannon R. Young
Shannon R. Young

PLAINTIFF/COUNTER-DEFENDANT SETH ABRAHAMS'S NOTICE OF APPEAL
C 12-01006 JCS – PAGE 2